```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
MYRA BREVARD,                                                        :
                                                                     :
                            Plaintiff,                               :
                                                                     :          23-cv-00428 (LJL)
            -v-                                                      :
                                                                     :             ORDER
CREDIT SUISSE,                                                       :
                            Defendant.                               :
                                                                     :
                                                                     :
---------------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/2023
```

LEWIS J. LIMAN, United States District Judge:

      Plaintiff is directed to respond to the motion to dismiss, Dkt. No. 10, by May 2, 2023, or other such date as shall be set by the Court on application by Plaintiff prior to May 2, 2023 and for good cause shown.  Plaintiff is advised that she may seek assistance from the New York Legal Aid Group ("NYLAG") Legal Clinic for Pro Se Litigants.  The NYLAG Clinic can be reached at (212) 659-6190 or at their website: https://www.nylag.org/pro-se-clinic/.

      The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

      SO ORDERED.

Dated: April 19, 2023
       New York, New York

                                                                      LEWIS J. LIMAN
                                                          United States District Judge