```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
MYRA BREVARD,                                                        :
                                                                     :
                              Plaintiff,                             :
                                                                     :        23-cv-428 (LJL)
                -v-                                                  :
                                                                     :           ORDER
CREDIT SUISSE,                                                       :
                              Defendant.                             :
                                                                     :
---------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      On April 18, 2023, Defendant filed a motion to compel arbitration. Dkt. No. 10. Plaintiff filed an opposition to the motion on July 5, 2023, relying in part on emails inquiring about Defendant's dispute resolution program. Dkt. No. 19. In its reply brief in support of the motion, Defendant challenged the authenticity of these documents. Dkt. No. 25 at 2–5.

      The Court schedules a telephonic status conference with the parties on August 31, 2023 at 10:00 a.m. The parties may dial in 888-251-2909 and use access code 2123101. The parties should be prepared to discuss whether and when the Court should schedule an evidentiary hearing, with testimony (including from Plaintiff), on the authenticity of the documents. Plaintiff is advised that she may seek assistance from the New York Legal Aid Group ("NYLAG") Legal Clinic for Pro Se Litigants. The NYLAG Clinic can be reached at (212) 659-6190 or at their website: https://www.nylag.org/pro-se-clinic/.

      The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

      SO ORDERED.

Dated: August 21, 2023  
       New York, New York                               LEWIS J. LIMAN  
                                                        United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED: 8/21/2023