```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
MYRA L. BREVARD,                                                   :
                                                                   :
                              Plaintiff,                           :
                                                                   :         23-cv-00428 (LJL)
              -v-                                                  :
                                                                   :             ORDER
CREDIT SUISSE,                                                     :
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

A telephonic status conference was held in this matter on August 31, 2023. Pro Se Plaintiff and counsel for Defendant appeared at the conference. The Court took the motion to compel arbitration under advisement. An Evidentiary Hearing is scheduled for October 12, 2023 at 9:30AM in Courtroom 15C at the 500 Pearl Street Courthouse.

SO ORDERED.

Dated: September 5, 2023  
       New York, New York

_____  
LEWIS J. LIMAN  
United States District Judge