```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
MYRA L. BREVARD,                                               :
                                                               :
                              Plaintiff,                       :
                                                               :          23-cv-428 (LJL)
               -v-                                             :
                                                               :              ORDER
CREDIT SUISSE,                                                 :
                                                               :
                              Defendant.                       :
                                                               :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

On September 11, 2023, Defendant Credit Suisse ("Defendant") filed a letter motion, Dkt. No. 31, seeking discovery with respect to certain emails that Plaintiff Myra Brevard ("Plaintiff") attached to her opposition, Dkt. No. 19, to Defendant's motion to dismiss the complaint and compel arbitration, Dkt. No. 10. The Court directed Plaintiff to respond to Defendant's letter motion. Dkt. No. 33.

Today, on September 15, 2023, Plaintiff submitted the attached response to the Court via email. In her response, Plaintiff requests to withdraw the emails and file an amended opposition to the motion to dismiss and compel arbitration within 30 days.

Plaintiff is reminded that all papers, including responses, must be submitted directly to the Pro Se Intake Unit to be filed on ECF.

Defendant is directed to file a response to Plaintiff's request by September 19, 2023.

SO ORDERED.

Dated: September 15, 2023
       New York, New York                    _____
                                                    LEWIS J. LIMAN
                                             United States District Judge

Good day Honorable Lewis J. Liman,

As I stated during our previous conference call, I am unable to provide an electronic copy of the email from Karen Chung.  All I have is the hard copies, which we know Credit Suisse will continue to challenge their validity. I have exhausted every option available to retrieve my delete email without success.

Although I know that Karen Chung did send me this email, I cannot rely on Credit Suisse to provide the email to the court.  They will continue to not acknowledge them.

I am also confused as to why someone that lied previously violating numerous federal laws as well my employment rights is being allowed to submit an attestation, to testify to it, and is expected to now begin to tell the truth.

The only electronic device I have is my cell phone which stores all of my personal banking and credit accounts information. I am not willing to provide Credit Suisse or anyone else access to my personal emails.  There is very sensitive information regarding communications between myself and attorneys regarding this lawsuit against Credit Suisse, as well as communication from my doctors in regard to my treatment, tests, medication and diagnosis regarding my disability. This is information I am not willing to share with Credit Suisse and some of which is protected by HIPPA.

I am also certain that Credit Suisse isn't willing to give me the same access to Karen Chung emails either.

With saying all of that, I would like to request that my email be withdrawn from this case so that I can move forward with aggressively defending my lawsuit. I intend to file an amended opposition to the Motion to Dismiss without the emails, and request 30 days to file this amended opposition.

All further direct communications will be used through my yahoo email address since that is the account I have always used during this lawsuit which the defendant's attorney is well aware of. I have never used my gmail account as my primary email account and she knows it.

Thank you,

Myra Brevard