```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
MYRA L. BREVARD,                                               :
                                                               :
                          Plaintiff,                           :
                                                               :           23-cv-428 (LJL)
            -v-                                                :
                                                               :              ORDER
CREDIT SUISSE,                                                 :
                                                               :
                          Defendant.                           :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2023

LEWIS J. LIMAN, United States District Judge:

Plaintiff Myra Brevard's request, Dkt. No. 39, to withdraw her prior opposition, Dkt. No. 19, to Defendant Credit Suisse's motion to compel arbitration and dismiss the complaint, Dkt. No. 10, is GRANTED.  Accordingly, the evidentiary hearing scheduled for October 12, 2023 is CANCELLED.

Plaintiff is directed to file her new opposition to Defendant's motion to compel arbitration and dismiss the complaint by October 13, 2023.  Plaintiff is strongly encouraged to agree to receive documents in this case electronically via email, by following the registration instructions, which can be found at: https://www.nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases.

Defendant shall have until October 20, 2023, to reply to Plaintiff's new opposition.

On a one-time basis, the Court will email this order to the email address provided by Plaintiff—brevardml1@yahoo.com.

SO ORDERED.

Dated: September 28, 2023
       New York, New York                         _____
                                                        LEWIS J. LIMAN
                                                  United States District Judge