**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MYRA L. BREVARD,

                      Plaintiff,                      23 **CIVIL** 428 (LJL)

      -against-                      **<u>JUDGMENT</u>**

CREDIT SUISSE,

                      Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 3, 2024, Defendant's motion to compel arbitration and dismiss is GRANTED; accordingly, the case is closed.

**Dated**: New York, New York
         January 3, 2024

                                                **RUBY J. KRAJICK**
                                                _____
                                                    **Clerk of Court**

                    **BY:**           K. Mango
                                                   _____
                                                   **Deputy Clerk**