```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
MYRA L. BREVARD,                                                  :
                                                                  :
                              Plaintiff,                          :
                                                                  :     23-cv-428 (LJL)
            -v-                                                   :
                                                                  :     ORDER
CREDIT SUISSE,                                                    :
                                                                  :
                              Defendant.                          :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     Plaintiff Myra L. Brevard moves by order to show cause for a temporary restraining order against Defendant Credit Suisse, seeking a hearing regarding Defendant's alleged misconduct in mediation or arbitration proceedings. Dkt. No. 51.

     By order of January 3, 2024, the Court granted Defendant's motion to dismiss the action and compel arbitration. Dkt. No. 44. The Court entered a judgment that same day.  Dkt. No. 45. A party seeking relief from a judgment must make a motion satisfying the standards of Federal Rule of Civil Procedure 60.  Ms. Brevard has not made such a motion, nor construing her motion at Dkt. No. 51 with the solicitude owed to pro se parties does there appear to be a basis for Rule 60 relief.

The Court having considered Plaintiff's application and the attached affidavit in support, Plaintiff's motion is therefore DENIED.

SO ORDERED.

Dated: August 12, 2024
New York, New York

_____
LEWIS J. LIMAN
United States District Judge