```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
MYRA L. BREVARD,                                                 :
                                                                 :
                         Plaintiff,                              :
                                                                 :          23-cv-428 (LJL)
        -v-                                                      :
                                                                 :            ORDER
CREDIT SUISSE,                                                   :
                                                                 :
                         Defendant.                              :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

By order of January 3, 2024, the Court granted Defendant's motion to dismiss this action and compel arbitration. Dkt. No. 44. The Court explained that Plaintiff was bound by her 2014 agreement to use Defendant's Employment Dispute Resolution Program to resolve her dispute. *Id.* The Court entered a judgment that same day. Dkt. No. 45. On August 12, 2024, the Court denied a request from pro se Plaintiff for a temporary restraining order and a hearing regarding Defendant's alleged misconduct in mediation or arbitration proceedings. Dkt. No. 52. The Court stated that Plaintiff had not made a motion under Federal Rule of Civil Procedure 60 for relief from judgment, "nor construing her motion . . . with the solicitude owed to pro se parties does there appear to be a basis for Rule 60 relief." *Id.* On March 14, 2025, the United States Court of Appeals for the Second Circuit issued an order dismissing Plaintiff's appeal on the grounds that it lacked an arguable basis in law or fact. Dkt. No. 55.

By letter dated June 16, 2025, Plaintiff requests that the Court "force your ruling to mediate with JAMS or to bring it back to your court for mediation," citing alleged delay and misconduct by Defendant in mediation. Dkt. No. 56. Again construing Plaintiff's letter as a

motion for relief from judgment under Rule 60, Plaintiff has not shown cause for the Court to grant relief under any of the prongs of that Rule.  *See* Fed. R. Civ. P. 60; *Thai-Lao Lignite (Thailand) Co. v. Gov't of Lao People's Democratic Republic*, 864 F.3d 172, 183 (2d Cir. 2017) ("The burden is on the moving party to demonstrate that it is entitled to relief, and courts generally . . . require that the evidence in support of the motion to vacate a final judgment be highly convincing." (internal quotation marks and citation omitted)).

Accordingly, Plaintiff's motion is DENIED.  The Clerk of Court is respectfully directed to mail a copy of this Order to the Plaintiff who is proceeding pro se.

SO ORDERED.

Dated: August 6, 2025
      New York, New York

                                               LEWIS J. LIMAN
                                        United States District Judge